## Anna Bradley, Appellee, v. Siegfried (alias Sigmund) Schrayer, Appellant.

### Gen. No. 21,810.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. MAR-CUS A. KAVANAGH, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed and remanded. Opinion filed March 8, 1917.

### Statement of the Case.

Action by Anna Bradley, plaintiff, against Siegfried (alias Sigmund) Schrayer, defendant, to recover damages for breach of a contract of marriage. From a judgment for plaintiff for $5,000 on remittitur, defendant appeals.

ALEXANDER H. HEYMAN, for appellant.

LESLIE H. WHIPP, for appellee.

MR. PRESIDING JUSTICE O'CONNOR delivered the opinion of the court.

### Abstract of the Decision.

BREACH OF MARRIAGE PROMISE, § 22*—*when instruction is erroneous*. In an action to recover damages for breach of a contract of marriage, an instruction that the jury should find for the plaintiff if they believed from the evidence that there was a contract of marriage between the parties, and the defendant failed to carry out the contract "without good and legal cause therefor," and plaintiff was damaged by reason of such failure, *held* to be erroneous in leaving the jury to determine what was a good and legal cause which would warrant the defendant in refusing to marry the plaintiff, as that was a question of law for the court and not one of fact for the jury.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.